IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 13-04205/BKT |
| | * | |
| MADELINE MORAN SANTIAGO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

DEBTOR'S MOTION IN COMPLIANCE WITH ORDER
DATED AUGUST 5, 2016 DOCKET #77
RE: CURING OF PLAN PAYMENTS ARREARS

TO THE HONORABLE COURT:

**NOW COMES, MADELINE MORAN SANTIAGO,** debtor, through the undersigned

attorney, and very respectfully states and prays as follows:

1. On August 5, 2016, the Court issued the following *Order.*

> "**ORDER ON ARREARS**:
> This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by the FirstBank alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #76). Debtor(s) request(s) time to cure the arrears.
> Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 8/26/16" *Order on Arrears*, dated August 5, 2016, docket #77.

2. The debtor respectfully submits that she has cured any and all arrears in her confirmed Plan payments to the Trustee. On August 19, 2016, she made two (2) $550.00 payments to the Trustee. Attached is evidence of the payment made to the Trustee on August 19, 2016.

3. The debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and deny the First Bank motion to dismiss, docket #74, in the above captioned case.

Page – 2-
Debtors' Motion in Compliance with Order
Case no. 13-04205/ESL13

WHEREFORE, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order on Arrears* dated August 5, 2016, docket #77, in the above case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor Madeline Moran Santiago, PO Box 047, San Lorenzo, PR 00754.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 19th day of August, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



USPS UNITED STATES POSTAL SERVICE ®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to *Alejandro Oliveras Rivera*
Address *Chapter 13 Trustee office P.O Box 71486 San Juan 00936 - 8586*

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
23933510436

Year, Month, Day 2016-08-19   Post Office 000754   Amount $550.00   Clerk 16

---

USPS UNITED STATES POSTAL SERVICE ®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to *Alejandro Oliveras Rivera*
Address *Chapter 13 Trustee office P.O Box 71486 San Juan 00936-8586*

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
23933510425

Year, Month, Day 2016-08-19   Post Office 000754   Amount $550.00   Clerk 16

Scanned by CamScanner