**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **13–04205 ESL** |
| **MADELINE MORAN SANTIAGO** | Chapter **13** |
| xxx–xx–8652 | |
| | FILED & ENTERED ON 8/25/16 |
| Debtor(s) | |

*ORDER*

The motion filed by the debtor requesting and informing compliance with order curing the plan payments arrears (docket #74, 77, 79) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 25, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge